**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00926-PHX-DGC |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Vania Alvarado, | |
| Defendant. | |

On December 4, 2018, Vania Alvarado (the "Defendant") appeared before this Court on a Petition to Revoke Conditions of Release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether the Defendant should be released on conditions set by the Court.

The Court makes the following findings under 18 U.S.C. § 3148(b)(1):
- ☐ There is probable cause to believe that the Defendant has committed a Federal, State, or local crime while on release.
- ☒ There is clear and convincing evidence that the Defendant has violated the conditions of release.

The Court makes the following findings under 18 U.S.C. § 3148(b)(2):
- ☐ <u>Rebuttable Presumption where Probable Cause to Believe Felony Committed on Pretrial Release</u>. The Defendant has failed to rebut the presumption that no condition or combination of conditions will assure that the Defendant will not pose a danger to the safety of any other person or the community. *See* 18 U.S.C. § 3148(b)(2) (providing that

rebuttable presumption of dangerousness applies if there is probable cause to believe that while on release a defendant has committed a Federal, State, or local felony).

☒ Flight Risk. After considering the factors set forth in 18 U.S.C. § 3142(g), the Court finds by a preponderance of the evidence that there is no condition or combination of conditions of release that will assure that the Defendant will not flee. *See* 18 U.S.C. § 3148(b)(2)(A); *U.S. v. Gotti*, 794 F.2d 773, 778 (2nd Cir. 1986) (holding that "findings made under section 3148(b) may be established by a preponderance of the evidence").

☐ Dangerousness. After considering the factors set forth in 18 U.S.C. § 3142(g), the Court finds by a preponderance of the evidence that there is no condition or combination of conditions of release that will assure that the Defendant will not pose a danger to the safety of any other person or the community. *See* 18 U.S.C. § 3148(b)(2)(A); *Gotti*, 794 F.2d at 778.

☒ Compliance with Conditions. The Court finds by a preponderance of the evidence that the Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(2)(B); *Gotti*, 794 F.2d at 778.

**IT IS THEREFORE ORDERED** that the Defendant be detained pending further proceedings.

Dated this 4th day of December, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge